IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE MICROSOFT CORP. | * | |
| ANTITRUST LITIGATION | * | MDL 1332 |
| | * | |
| This document relates to: | * | |
| | * | |
| Edward Michael O'Brien | * | |
| | * | |
| v. | * | Civil No. 02-3832 |
| | * | |
| Microsoft Corp. and Macromedia, Inc. | * | |
| | ***** | |

MEMORANDUM

Edward O'Brien has filed an amended complaint in this fourth action he has instituted against Microsoft. Microsoft has filed a motion to dismiss the amended complaint and a renewed motion to enjoin O'Brien from filing any more suits against it without approval of this court.

Microsoft's motion to dismiss will be granted. O'Brien lacks antitrust standing to the claims asserted in the amended complaint, just as he lacked antitrust standing to assert all the previous claims he has asserted against Microsoft.

Reluctantly, I will also grant Microsoft's motion to enjoin O'Brien from instituting any further actions against Microsoft or its employees without pre-filing approval from this court. O'Brien has failed to heed the previous cautions of this court not to institute frivolous actions, and his continued filing of such actions is placing an unreasonable burden upon Microsoft and the court system.

A separate order effecting the rulings made in the memorandum is being entered herewith.


Date: March 19, 2003          /s/ _____
                                   J. Frederick Motz
                                   United States District Judge