IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE MICROSOFT CORP.
ANTITRUST LITIGATION          *   MDL 1332
                              *
This document relates to:

Edward Michael O'Brien
                              *
       v.                     *   Civil No. 02-3832
                              *
Microsoft Corp. and Macromedia, Inc.
                              *****

ORDER

For the reasons stated in the accompanying memorandum, it is, this 19th day of March 2003

ORDERED

   Microsoft's motion to dismiss the amended complaint is granted;

2. O'Brien's amended complaint is dismissed; and

3. Edward O'Brien is enjoined from filing any further actions against Microsoft or its employees without pre-filing approval having been granted by this court.

/s/
J. Frederick Motz
United States District Judge